798 A.2d 1246

IN THE MATTER OF WILLIAM P. WELAJ,
AN ATTORNEY AT LAW.

June 5, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **WILLIAM P. WELAJ** of **SOMERVILLE**, who was admitted to the bar of this State in 1973, and who was suspended from the practice of law for a period of three months effective March 4, 2002, by Order of this Court filed March 25, 2002, be restored to the practice of law, effective immediately.